THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.

 
 
 
 THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 The State, Respondent,
 v.
 Marvis
 Williams, Appellant.
 
 
 

Appeal From Hampton County
 Clifton Newman, Circuit Court Judge
Unpublished Opinion No. 2007-UP-451
Submitted October 1, 2007  Filed October
 10, 2007  
APPEAL DISMISSED

 
 
 
 Acting Chief Attorney Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and I. McDuffie Stone III, of Hampton, for Respondent.
 
 
 

PER CURIAM: A
 jury convicted Marvis Williams of unlawful possession of a handgun in violation
 of section 16-23-20 of the South Carolina Code (2003). The trial judge
 sentenced him to one year imprisonment, suspended upon the service of thirty
 days, with one year probation.  On appeal, Williams contends the trial judge
 erred in allowing hearsay testimony from a police officer.  Williams did not
 file a pro se brief.  After a thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1969), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the
 appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., concur.        

[1] We decide this case without oral argument pursuant to
 Rule 215, SCRACR.